IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| RICHARD LEE KIRKPATRICK, | : | MOTION TO VACATE |
| | : | 28 U.S.C. § 2255 |
| Movant, | : | |
| | : | CRIMINAL ACTION NO. |
| vs. | : | 1:01-CR-0229-CC-LTW |
| | : | |
| UNITED STATES OF AMERICA, | : | CIVIL ACTION NO. |
| | : | 1:1CV-1443-CC-LTW |
| Respondent. | : | |

## ORDER

This matter is before the Court on the Final Report and Recommendation [Doc. No. 96] (the "R&R") issued by Chief Magistrate Judge Linda T. Walker on May 9, 2016. In the R&R, Chief Magistrate Judge Walker recommends that this Court dismiss as successive Movant Richard Lee Kirkpatrick's motion to vacate sentence. The record reflects that no objections to the R&R have been filed and that the time period permitted for filing any such objections has elapsed.

Having reviewed the R&R for plain error in accordance with United States v. Slay, 714 F.2d 1093, 1095 (11th Cir. 1983), the Court finds that the R&R is correct both in fact and in law. Accordingly, the Court **ADOPTS** the R&R as the opinion of this Court and **DISMISSES** Movant's § 2255 motion as a successive motion over which this Court lacks jurisdiction.

SO ORDERED this 1st day of June, 2016.

*s/ CLARENCE COOPER*
CLARENCE COOPER
SENIOR UNITED STATES DISTRICT JUDGE